UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
OCT 05 2021
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CAUSE NO. 1:21-cr-0066 TWP-DML |
| ) | |
| DAVION ANDREWS, ) | |
| ) | |
| Defendant. ) | |

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
### 18 U.S.C. § 922(g)(1)
### Felon in Possession of a Firearm

On or about January 22, 2021, in the Southern District of Indiana, DAVION ANDREWS, defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year (to wit: felony Unlawful Possession of a Firearm by a Serious Violent Felon under Cause Number 49G03-1905-F4-019730 in Marion County, Indiana; felony Carrying a Handgun without a License under Cause Number 49G03-1411-F5-051810 in Marion County, Indiana; felony Dealing in Cocaine under Cause Number 49G03-1410-FB-046241 in Marion County, Indiana; felony Assisting a Criminal under Cause Number 49G01-1302-FC-010590 in Marion County, Indiana), did knowingly possess in and affecting interstate or foreign commerce a firearm, that is: a Smith & Wesson MP Shield 9millimeter handgun, in violation of Title 18, United States Code, Sections 922(g)(1).

## COUNT 2
## 18 U.S.C. § 922(g)(1)
## Felon in Possession of Ammunition

On or about January 22, 2021, in the Southern District of Indiana, DAVION ANDREWS, defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year (to wit: felony Unlawful Possession of a Firearm by a Serious Violent Felon under Cause Number 49G03-1905-F4-019730 in Marion County, Indiana; felony Carrying a Handgun without a License under Cause Number 49G03-1411-F5-051810 in Marion County, Indiana; felony Dealing in Cocaine under Cause Number 49G03-1410-FB-046241 in Marion County, Indiana; felony Assisting a Criminal under Cause Number 49G01-1302-FC-010590 in Marion County, Indiana), did knowingly possess in and affecting interstate or foreign commerce ammunition, that is: eleven rounds of 9 millimeter ammunition, in violation of Title 18, United States Code, Sections 922(g)(1).

## **FORFEITURE**

Pursuant to Title 18, United States Code, Section 924(d), if convicted of the offense set forth in the Indictment, the defendant shall forfeit to the United States "any firearm or ammunition involved in" the offense.

A TRUE BILL:

FOREPERSON

JOHN E. CHILDRESS
Acting United States Attorney

By: *M.P. Brady*
Michelle P. Brady
Assistant Unites States Attorney